UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.: 13-28717

Sherman O. Perrie & Carol J. Perrie  )

)  Chapter: 13

)  Honorable Carol Doyle

Debtor(s)  )

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE coming on to be heard on creditor Urban Partnership Bank's Motion for Relief from the Automatic Stay, due notice being given, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Urban Partnership Bank's motion is granted;

2. The automatic stay imposed in this case is hereby lifted to allow Urban Partnership Bank to exercise all of its non-bankruptcy rights with respect to (including without limitation pursuing foreclosure on) the real property located at 8002 S. Laflin, Chicago, IL 60620;

3. The 14-day stay described by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated: July 15, 2014

**Prepared by:**

Amanda E. Losquadro (#6299371)
CHUHAK & TECSON, P.C.
33 South Wacker Drive, Suite 2600
Chicago, IL 60606